UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JERRY HARVEY AUDIO HOLDING, LLC, and JERRY HARVEY AUDIO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>1964 EARS, LLC (WA), 1964 EARS, LLC (OR), 64 AUDIO INC, JOHN DOE d/b/a SUMPTUOUS STOCK, and DB AUDIO SYSTEMS & PRODUCTIONS INC,<br><br>Defendants. | Case No. 6:16-cv-409-Orl-31GJK |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

| __X__ IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:<br>6:14-cv-02083-CEM-KRS Jerry Harvey Audio Holding, LLC v. 1964 Ears, LLC |
|---|---|
| _____ IS NOT | related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. |

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

- 1 -

- 2 -

Dated: March 8, 2016                Respectfully submitted,

                                    *[signature: Daniel B. Ravicher]*
                                    Daniel B. Ravicher
                                    Florida Bar No. 102809
                                    RAVICHER LAW FIRM
                                    2000 Ponce De Leon Blvd., Ste 600
                                    Coral Gables, FL 33134-4422
                                    Telephone: (786) 505-1205
                                    E-Mail: dan@ravicher.com

                                    *Counsel for Plaintiffs Jerry Harvey Audio Holding, LLC, and Jerry Harvey Audio, LLC*