AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JERRY HARVEY AUDIO HOLDING, LLC, and JERRY HARVEY AUDIO, LLC,<br><br>*Plaintiff(s)*<br>v.<br>1964 EARS, LLC (WA), 1964 EARS, LLC (OR), 64 AUDIO INC, JOHN DOE d/b/a SUMPTUOUS STOCK, and DB AUDIO SYSTEMS & PRODUCTIONS INC,<br>*Defendant(s)* | Civil Action No. 6:16-cv-409-Orl-31GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  1964 EARS, LLC
c/o VITALIY BELONOZHKO, Registered Agent
7025 N LOMBARD ST STE 100
PORTLAND, OR 97203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DANIEL B. RAVCHER, ESQ.
RAVICHER LAW FIRM
2000 PONCE DE LEON BLVD., STE 600
CORAL GABLES, FL 33134
(786) 505-1205
DAN@RAVICHER.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/10/16

*Signature of Clerk or Deputy Clerk*