## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **JERRY HARVEY AUDIO HOLDING, LLC, and JERRY HARVEY AUDIO, LLC,** | |
| **Plaintiffs,** | **Case No. 6:16-cv-00409-CEM-KRS** |
| v. | |
| **1964 EARS, LLC (WA), 1964 EARS, LLC (OR), 64 AUDIO INC, JOHN DOE d/b/a SUMPTUOUS STOCK, and DB AUDIO SYSTEMS & PRODUCTIONS INC,** | |
| **Defendants.** | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Case Management and Scheduling Order (Docket No. 60), Plaintiffs JERRY HARVEY AUDIO HOLDING, LLC, and JERRY HARVEY AUDIO, LLC, (collectively "JH Audio") and Defendants 1964 Ears, LLC, an Oregon limited liability company ("1964 Ears (OR)"), 1964 Ears LLC, a Washington limited liability company ("1964 Ears (WA)"), and 64 Audio Inc. ("64 Audio Inc.") (collectively, "Defendants") hereby provide their Joint Claim Construction Statement.

Appendix A hereto contains the parties' agreed-to constructions for terms appearing in the asserted claims of the patents-in-suit. Appendix B contains the terms on which the parties have not reached agreement, with each party's proposed construction for the terms.

[SIGNATURE PAGE FOLLOWS]

- 1 -

Respectfully submitted October 20, 2016:

| *Counsel for Plaintiffs Jerry Harvey Audio Holding, LLC, and Jerry Harvey Audio, LLC* | *Counsel for Defendants 1964 Ears LLC (WA), 1964 Ears, LLC (OR), 64 Audio Inc.* |
|---|---|
| s/Daniel B. Ravicher | s/Hillary Brooks |
| Daniel B. Ravicher | Hillary A. Brooks |
| Florida Bar No. 102809 | *Admitted Pro Hac Vice* |
| David J. Garrod | Delfina S. Homen |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| RAVICHER LAW FIRM | BROOKS QUINN, LLC |
| 2000 Ponce De Leon Blvd., Ste 600 | 19216 SE 34th St. #106-333 |
| Coral Gables, FL 33134-4422 | Camas, WA 98607 |
| (786) 505-1205 | (503) 629-1559 |
| dan@ravicher.com | hillary@brooksquinn.com |
| dave@ravicher.com | delfina@brooksquinn.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2016, I electronically served via email the foregoing on counsel for defendants 1964 EARS, LLC (WA), 1964 EARS, LLC (OR), and 64 AUDIO INC:

Hillary A. Brooks
Delfina S. Homen
BROOKS QUINN, LLC
19215 SE 34th St. #106-333
Camas, WA 98607
(503) 629-1559
hillary@brooksquinn.com
delfina@brooksquinn.com

Richard E. Fee
Kathleen M. Wade
Catherine F. Yant
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, FL 33602
(813) 229-8008
rfee@feejeffries.com
kwade@feejeffries.com
cyant@feejeffries.com


  s/*Daniel B. Ravicher*
Daniel B. Ravicher
Florida Bar No. 102809
David J. Garrod
*Admitted Pro Hac Vice*
RAVICHER LAW FIRM PLLC
2000 Ponce De Leon Blvd., Ste 600
Coral Gables, FL 33134-4422
Telephone: (786) 505-1205
E-Mail: dan@ravicher.com

*Counsel for Plaintiffs Jerry Harvey Audio Holding, LLC, and Jerry Harvey Audio, LLC*

APPENDIX A

PARTIES' AGREED-TO CLAIM CONSTRUCTIONS

| U.S. Patent 9,197,960 | | |
|---|---|---|
| Term | Claim(s) | Agreed Construction |
| "acoustically proper" | 12 | With respect to an audio sound tube, "does not promote distortion due to its length." |

APPENDIX B

PARTIES' DISPUTED CLAIM CONSTRUCTIONS

| U.S. Patent 8,567,555 | | | |
|---|---|---|---|
| Term | Claim(s) | JH Audio Proposed Construction | Defendants Proposed Construction |
| "sound bore" | All asserted claims | "a channel to direct sound" | "sound tube" |
| "one piece high frequency sound bore" | All asserted claims | "a single channel to direct sound from a high acoustical driver" | "a sound tube consisting of or fashioned in a single whole piece which extends from the high frequency driver to the canalphone outlet." |
| "one-piece low frequency sound bore" | All asserted claims | "a single channel to direct sound from a low acoustical driver" | "a sound tube consisting of or fashioned in a single whole piece which extends from the low frequency driver to the canalphone outlet." |
| "adjoining", "adjoins" | All asserted claims | "joined with or connected to", "joins with or is connected to" | "touching or bounding at a point or line" |
| "single unit" | All asserted claims | No construction needed. Plain and ordinary meaning. | "a module formed by joining together separate components to form a single whole piece." |

| | | | |
|---|---|---|---|
| "a one-piece low frequency sound bore adjoining the high frequency sound bore to form a single unit prior to the sound bores being introduced to the canalphone" | 1 | No construction needed, other than included terms defined above. | "a one-piece low frequency sound tube touches or bounds the high frequency sound tube at a point or line, the one-piece low frequency sound tube and the high frequency sound tube are joined together to form a single whole piece before either sound tube is installed into the canalphone, the single whole piece is then installed into the canalphone rather than installing the tubes as separate components" |
| "the one-piece low frequency sound bore and the one-piece high frequency sound bore each sized to fit between the low acoustical driver and the high acoustical driver, respectively" | 1 | No construction needed, other than included terms defined above. | "the one-piece low frequency sound tube and the one-piece high frequency sound tube are each sized to fit within the space or interval that separates the low acoustical driver and the high acoustical driver" |
| "positioning a low acoustical driver within the canalphone adjoining the high acoustical driver" | 17, 18, 19 | No construction needed. Plain and ordinary meaning, other than included term defined above. | "positioning a low acoustical driver within the canalphone such that the low acoustical driver touches the high acoustical driver or bounds the high acoustical driver at a point or a line" |

| | | | |
|---|---|---|---|
| "positioning a single unit including a one-piece low frequency sound bore adjoining a one-piece high frequency sound bore within the canalphone" | 17, 18, 19 | No construction needed, other than included terms defined above. | "a one-piece low frequency sound tube touches or bounds a one-piece high frequency sound tube at a point or line, the one-piece low frequency sound tube and the one-piece high frequency sound tube are joined together to form a single whole piece before either sound tube is positioned within the canalphone, the single whole piece is then positioned within the canalphone rather than installing the tubes as separate components" |
| "the one-piece low frequency sound bore and the one-piece high frequency sound bore are each sized to fit between the low acoustical driver and the high acoustical driver, respectively" | 17, 18, 19 | No construction needed, other than included terms defined above | "the one-piece low frequency sound tube and the one-piece high frequency sound tube are each sized to fit within the space or interval that separates the low acoustical driver and the high acoustical driver" |

| U.S. Patent 8,925,674 | | | |
|---|---|---|---|
| Term | Claim(s) | JH Audio Proposed Construction | Defendants Proposed Construction |
| "acoustical-timer" | 1, 2, 4, 5 | "(i) a low audio sound-tube to carry a low audio signal from a low audio driver to outside of a canalphone housing, and a high audio sound-tube to carry a high audio signal from a high audio driver to the outside of the canalphone housing, the high audio sound-tube phase corrected with respect to the low audio sound-tube by sizing it to be longer than the low audio sound-tube and/or (ii) a processor to phase correct a high audio signal from a high audio driver directed to the outside of a canalphone housing with delivery of a low audio signal from a low audio driver directed to the outside of the canalphone housing" | "either 1) a high audio sound-tube and a low audio sound tube, wherein the length of the high audio sound-tube is dependent on the length of the low audio sound-tube and is selected both to be longer than the low audio sound tube and to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet; or 2) a processor to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet" |
| "phase correct"; "phase corrected"; "phase correcting" | All asserted claims | No construction needed. Plain and ordinary meaning. | "correcting, not merely adjusting, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet" |

| "an acoustical-timer to phase correct a high audio signal from the high audio driver directed to the outside of the canalphone housing with delivery of a low audio signal from the low audio driver directed to the outside of the canalphone housing" | 1, 2, 4, 5 | See "acoustical timer" above. Otherwise, no construction needed. Plain and ordinary meaning. | "either 1) a high audio sound-tube and a low audio sound tube, wherein the length of the high audio sound-tube is dependent on the length of the low audio sound-tube and is selected both to be longer than the low audio sound tube and to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet; or 2) a processor to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet" |
|---|---|---|---|
| "the high audio sound-tube phase corrected with respect to the low audio sound-tube by sizing it to be longer than the low audio sound-tube" | 2, 4, 5 | See "phase corrected" above. Otherwise, no construction needed. Plain and ordinary meaning. | "the length of the high audio sound-tube is dependent on the length of the low audio sound-tube and is selected both to be longer than the low audio sound-tube and to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet" |

| "phase correcting a high audio signal from the high audio driver directed to the outside of the canalphone housing with delivery of a low audio signal from the low audio driver directed to the outside of the canalphone housing" | 9, 10, 13 | See "phase correcting" above. Otherwise, no construction needed. Plain and ordinary meaning. | "either 1) using a high audio sound-tube and a low audio sound-tube, wherein the length of the high audio sound-tube is dependent on the length of the low audio sound-tube and is selected both to be longer than the low audio sound tube and to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet; or 2) using a processor to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet" |
|---|---|---|---|
| "a high audio sound-tube phase corrected with respect to the low audio sound-tube by sizing it to be longer than the low audio sound-tube" | 10, 13 | See "phase corrected" above. Otherwise, no construction needed. Plain and ordinary meaning. | "the length of the high audio sound-tube is dependent on the length of the low audio sound-tube and is selected both to be longer than the low audio sound-tube and to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet" |

| U.S. Patent 9,197,960 | | | |
|---|---|---|---|
| Term | Claim(s) | JH Audio Proposed Construction | Defendants Proposed Construction |
| "single unit" | All asserted claims | No construction needed. Plain and ordinary meaning. | "a module formed by joining together separate components to form a single whole piece" |
| "combining a low audio sound-tube and a high audio sound-tube as a single unit" | All asserted claims | No construction needed. Plain and ordinary meaning. | "joining together a low audio sound-tube and a high audio sound-tube to form a single whole piece before either sound-tube is installed into the canalphone housing" |
| "installing the single unit into a canalphone housing" | All asserted claims | No construction needed. Plain and ordinary meaning. | "installing the single whole piece into the canalphone housing rather than installing the sound-tubes as separate components" |
| "selecting the low audio sound-tube's size to be acoustically proper and as short as can be readily fit into the canalphone housing" | 12 | See "acoustically proper" above. Otherwise, no construction needed. Plain and ordinary meaning. | "choosing or picking out the length of the low audio sound tube to be both of a length where the low audio sound tube does not promote distortion and of a length that is as short as can be readily fit into the canalphone housing" |

| | | | |
|---|---|---|---|
| "slowing down a high audio signal's arrival to the outside of the canalphone housing so that it is closer in time to a low audio signal's arrival to the outside of the canalphone housing by making the high audio sound-tube longer" | 13 | No construction needed. Plain and ordinary meaning. | "sizing the high audio sound-tube dependent on the length of the low audio sound-tube, the length of the high audio sound-tube selected both to be longer than the low audio sound-tube and to correct, not merely adjust, the arrival of the high audio signal at the canalphone outlet with respect to the arrival of the low audio signal at the canalphone outlet" |