UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JERRY HARVEY AUDIO HOLDING, LLC and JERRY HARVEY AUDIO, LLC,**

**Plaintiffs,**

**v.** **Case No: 6:16-cv-409-Orl-41KRS**

**1964 EARS, LLC (WA), 1964 EARS, LLC (OR), 64 AUDIO INC., DB AUDIO SYSTEMS & PRODUCTIONS INC. and HARRY CHRISTIAN WITTE,**

**Defendants.**

______________________________________/

# ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for Stay Pending Possible Filing of *Inter Partes* Reviews ("Motion for Stay," Doc. 71) and Defendants' Response (Doc. 72) thereto. In their Complaint (Doc. 1), Plaintiffs assert patent infringement claims against Defendants. Defendants are considering filing a petition for *Inter Partes* Reviews ("IPR") with the Patent and Trademark Office; their deadline to do so is March 15, 2017. In an effort to conserve resources, Plaintiffs are seeking a stay of the case until January 15, 2017, at which point Plaintiffs request that Defendants be required to apprise the Court as to whether they intend to file the petition for IPR. Defendants prefer a stay of the case until the IPR deadline, but they request an exception for a limited amount of discovery.

Although the Court understands Plaintiffs' desire to know sooner rather than later whether Defendants intend to file a petition for IPR, the statute gives Defendants one year from the date the Complaint was filed to file such a petition. The Court will not circumvent the statutory

deadline. Therefore, this case will be stayed until March 15, 2017, unless Defendants apprise the Court prior to that deadline that they do not intend to file a petition for IPR. As to Defendants' request for certain discovery to be exempted from the stay, that request will be denied. If Defendants want the benefits of proceeding in this forum, they must commit to doing so fully.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' Motion for Stay Pending Possible Filing of *Inter Partes* Reviews ("Motion for Stay," Doc. 71) is **GRANTED in part**.
2. This case is **STAYED** until March 15, 2017.
3. If, prior to March 15, 2017, Defendants determine not to file a petition for IPR, Defendants may seek to lift the stay.
4. Plaintiffs' Motion to Extend Time (Doc. 81) is **DENIED as moot**.
5. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2016.

Copies furnished to:

Counsel of Record