**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **JERRY HARVEY AUDIO HOLDING, LLC** and **JERRY HARVEY AUDIO, LLC,** | Case No. 6:16-cv-00409-CEM-KRS |
| Plaintiffs, | |
| v. | |
| **1964 EARS, LLC (WA), 1964 EARS, LLC (OR), 64 AUDIO INC, JOHN DOE d/b/a SUMPTUOUS STOCK,** and **DB AUDIO SYSTEMS & PRODUCTIONS INC,** | |
| Defendants. | |

**DEFENDANTS' NOTICE TO THE COURT –
INTENT TO SEEK COSTS AND FEES**

Defendants 1964 Ears, LLC, an Oregon limited liability company ("1964 Ears (OR)"), 1964 Ears LLC, a Washington limited liability company ("1964 Ears (WA)"), and 64 Audio Inc., a Washington corporation ("64 Audio") (collectively, "Defendants") present the following Notice of Defendants' intent to seek Defendants' costs and fees in this litigation, the three *inter partes* reviews stemming from this litigation, and any appeals Plaintiff Jerry Harvey Audio Holding, LLC ("Patent Owner") may take from the three *inter partes* reviews stemming from this litigation, pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's inherent authority to sanction. Defendants will request costs and fees in a separate motion, to be timely filed pursuant to Fed. R. Civ. P. 54(d)(2) and Local Rule 4.18(a).

1

This Notice is provided to the Court in light of Plaintiffs' May 6, 2019 filing captioned "Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)." (Dkt. #89.) Plaintiffs filed a similar document in their co-pending lawsuit against 1964 Ears (OR) on another patent. *See Jerry Harvey Audio Holding, LLC et al. v. 1964 Ears, LLC et al.*, Case No. 6:14-cv-02083-CEM-KRS (Dkt. #142). 1964 Ears (OR) is simultaneously herewith filing a Response to the purported dismissal in that case, opposing the dismissal because the case is stayed without the conditions of the stay having been met.

Defendants believe that procedurally, Plaintiffs should have requested to lift stay in this proceeding prior to filing the Notice of Voluntary Dismissal. However, Defendants recognize that in this case and only this case, Plaintiffs likely filed the dismissal in an effort to utilize the Rule 11 21-day safe harbor, as the purported dismissal was filed 20 days after Defendants served Plaintiffs with a Rule 11 motion in this case. Accordingly, while Defendants believe the voluntary dismissal is procedurally improper for having been filed while the case was stayed without moving to lift the stay, Defendants do not oppose dismissal of this case.

The Court retains jurisdiction to hear Defendants' forthcoming motion for fees and costs notwithstanding dismissal of the case. *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 396 (1990) (dismissal of complaint does not deprive district court of jurisdiction to award attorney's fees under Rule 11); *Jackson v. Cintas Corp.* 425 F.3d 1313, 1316 (11th Cir. 2005) (district court retains jurisdiction to decide Rule 11 motion notwithstanding dismissal of case); *see also Bldg. Innovation Indus., L.L.C. v. Onken*, 473 F. Supp. 2d 978, 983 (D. Ariz. 2007) (voluntary dismissal under Rule 41 did not terminate jurisdiction over defense motion filed after dismissal for attorney's fees under 35 U.S.C. § 285).

Dated this 13th day of May, 2019.

| | |
|---|---|
| s/ Hillary A. Brooks | Richard E. Fee |
| Hillary A. Brooks | Florida Bar No. 813680 |
| *Admitted Pro Hac Vice* | Kathleen M. Wade |
| Delfina S. Homen | Florida Bar No. 127965 |
| *Admitted Pro Hac Vice* | Catherine F. Yant |
| BROOKS QUINN, LLC | Florida Bar No. 104852 |
| 6513 132nd Ave. NE #378 | FEE & JEFFRIES, P.A. |
| Kirkland, WA 98033 | 1227 N. Franklin Street |
| (503) 629-1559 | Tampa, FL 33602 |
| hillary@brooksquinn.com | (813) 229-8008 |
| delfina@brooksquinn.com | rfee@feejeffries.com |
| *Lead trial counsel for Defendants 1964 Ears, LLC (OR), 1964 Ears LLC (WA), and 64 Audio Inc.* | kwade@feejeffries.com |
| | cyant@feejeffries.com |
| | *Local trial counsel for Defendants 1964 Ears, LLC (OR), 1964 Ears LLC (WA), and 64 Audio Inc.* |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 13, 2019, I filed and true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            s/ Delfina S. Homen
                                            Hillary A. Brooks
                                            *Admitted Pro Hac Vice*
                                            Delfina S. Homen
                                            *Admitted Pro Hac Vice*
                                            BROOKS QUINN, LLC
                                            6513 132nd Ave. NE #378
                                            Kirkland, WA 98033
                                            (503) 629-1559
                                            hillary@brooksquinn.com
                                            delfina@brooksquinn.com
                                            *Lead trial counsel for Defendants 1964 Ears, LLC (OR), 1964 Ears LLC (WA), and 64 Audio Inc.*

                                            Richard E. Fee
                                            Florida Bar No. 813680
                                            Kathleen M. Wade
                                            Florida Bar No. 127965
                                            Catherine F. Yant
                                            Florida Bar No. 104852
                                            FEE & JEFFRIES, P.A.
                                            1227 N. Franklin Street
                                            Tampa, FL 33602
                                            (813) 229-8008
                                            rfee@feejeffries.com
                                            kwade@feejeffries.com
                                            cyant@feejeffries.com
                                            *Local trial counsel for Defendants 1964 Ears, LLC (OR), 1964 Ears LLC (WA), and 64 Audio Inc.*